CIVIL DOCKET
UNITED STATES DISTRICT COURT

Jury demand date:

9856

D. C. Form No. 106 Rev.

FPI—LK—7-2-57—20M—4619

| TITLE OF CASE | ATTORNEYS |
|---|---|
| UNITED STATES OF AMERICA, Libelant<br>vs.<br>ONE MULTICOLORED CLOCK and $421.90 IN CASH and ALL PERSONS INTERESTED THEREIN OR INTERVENING THEREIN FOR THEIR BENEFIT, (Club 11) Respondents | For plaintiff: US Atty<br><br>58-9856<br><br>For defendant: |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | | | |
| J.S. 6 mailed | Marshal | | | | | |
| Basis of Action: | Docket fee | | | USA Case | | |
| | Witness fee | | | | | |
| Action arose at: | Depositions | | | | | |

#9856    U.S.A.    VS.    ONE MULTICOLORED CLOCK & $421.90 (Club 11)

| DATE 1958 | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| Feb. 15 | File Libel of Information | ---- |
| " | Lodge Order for Issuance of Monition. | |
| 2-15-58 | File & enter Order for Issuance of Monition  63/122 | |
| 2-17-58 | Issue monition | |
| 2-18-58 | File monition & marshal's return Served John Nemithka at Club 11, 2-18-58. | |
| 3-5-58 | File notice, marshal's return & affid. of Publication. | |
| 3/17/58 | Order of default. | |
| 3/17/58 | File & enter Order granting Default  63/270 | |
|  | MAR. 31, 1958 QUARTER | ---- |
| 4-4-58 | File motion for Decree of Forfeiture | |
|  | Lodge Decree of Forfeiture | |
| 4-4-58 | File & enter Decree of Forfeiture  64/58 | |
| 4-14-58 | File cert. copy of Decree of Forfeiture & marshal's return, & marshal's affid. of Destruction. | |
|  | JUN. 30, 1958 QUARTER | ---- |
| 10-7-65 | Filed and Entered Order of Disbursement. Clerk is to draw check for $403.90 on the Registry Fund for transmittal to the U. S. Treasury. | |